**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GEORGE SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOUTHEAST DELCO SCHOOL DIST. | : | NO. 19-3150 |

## ORDER

**AND NOW**, this 19th day of June, 2020, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Document No. 11) is **DENIED**. It is further **ORDERED** that, on or before July 8, 2020, Defendant shall Answer the First Amended Complaint.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge