

**Gregg L. Zeff, Esquire**  
**Eva Zelson, Esquire**  
*Member of PA and NJ Bars*

100 Century Parkway  
Suite 160  
Mt. Laurel, NJ 08054  
p: (856) 778-9700  
f: (609) 534-0992  
zefflawfirm.com

**October 1, 2020**

**Via ECF**

U.S. Courthouse: Eastern District of Pennsylvania  
ATTN: Clerk  
601 Market Street  
Philadelphia, PA 19106

**Re:** *George Smith v. Southeast Delco School District,* **2:19-cv-03150*:* <u>Notice of Settlement</u>

Dear Sir/Madam:

We represent the Plaintiff, George Smith, in this case. Please be advised that the parties have resolved this matter. Therefore, pursuant to Local Rule 41.1(b), please dismiss this matter with prejudice.

I thank you for your attention to this matter.

Respectfully,

/s/<u>*Eva C. Zelson, Esq.*</u>  
Eva C. Zelson, Esq.